UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

ALICIA ANDERSON, individually and on behalf of all other persons similarly situated who were employed by D&V PACKAGE EXPRESS, LLC,

    Plaintiffs,

- against -

D&V PACKAGE EXPRESS, LLC and any related entities;

    Defendant.

**STIPULATION OF DISMISSAL**

Case No.:
5:25-cv-112 (BKS/MJK)

**IT IS HEREBY STIPULATED AND AGREED**, by and between Named Plaintiff, ALICIA ANDERSON, and Defendant D&V PACKAGE EXPRESS, LLC, through their undersigned counsel, that, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, any and all claims asserted by Named Plaintiff in this action be and hereby are dismissed with prejudice and without costs or fees as to any party.  The Parties state that no party hereto is an infant or incompetent.

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be signed by electronic, photocopy, or facsimile signatures, each of which shall be deemed to be and treated as an original.

Dated: March 24, 2025

**GATTUSO & CIOTOLI, PLLC**

By: */s/ Ryan Files*
Ryan G. Files, Esq.
7030 E. Genesee Street
Fayetteville, New York 13066
(315) 314-8000
rfiles@gclawoffice.com
*Attorneys for Plaintiffs*

Dated: March 24, 2025

**OGLETREE DEAKINS**

By: */s/ Jamie Haar*
Jamie Haar
599 Lexington Avenue, 17th Floor
New York, New York 10022
Telephone: (212) 492-2092
Jamie.haar@ogletreedeakins.com
*Attorneys for Defendant*

IT IS SO ORDERED:

*[signature]*
Brenda K. Sannes
Chief U.S. District Judge

Dated: March 25, 2025
Syracuse, NY

- 1 -